IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDWARD J. RYAN, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-312-SLR |
| | : | |
| **JAMES O. PLUMMER, III, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), no answer or motion for summary judgment having been filed or served, plaintiff hereby dismisses this action without prejudice.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: July 20, 2006         Attorneys for Plaintiff